JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER HYMES, | No. CV 13-8692-CAS(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| ELVIN VALENZUELA, Warden,[1] | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice as successive.

DATED: April 14, 2014

_____
CHRISTINA A. SNYDER
United States District Judge

---

[1] Elvin Valenzuela is substituted in as the proper respondent. See Fed. R. Civ. Proc. 25(d).